IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00852-PAB-KLM

DOUGLAS J. SIMON,

    Plaintiff,

v.

DIRECTV, INC.,

    Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Vacate and Reset April 5, 2010 Pretrial Conference for a Date After May 26, 2010** [Docket No. 34; Filed March 19, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Final Pretrial Conference set for April 5, 2010 at 9:30 a.m. is **vacated** and will be reset, if necessary, at a later date.

Dated: March 19, 2010